UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RICK MAZETTI, *et al.*,

Plaintiffs,

v.

SAN DIEGO GAS & ELECTRIC, INC.,

Defendant.

Civil No. 07-CV-1134-L(WMC)

**ORDER GRANTING WITHOUT PREJUDICE MOTION TO DISMISS FOURTH AND SIXTH CAUSES OF ACTION** [doc. #5]

Defendant San Diego Gas & Electric, Inc. ("SDGE") move to dismiss plaintiffs' fourth and sixth causes of action and request that the court not to exercise supplemental jurisdiction [doc. #5]. Plaintiffs filed a statement of non-opposition to defendant's motion.[1] Accordingly, defendant's motion to dismiss plaintiffs' fourth and sixth causes of action is **GRANTED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

DATED: October 15, 2007

M. James Lorenz
United States District Court Judge

[1] Although captioned as plaintiffs' opposition to defendant's motion to dismiss [doc. #8], the responds states that plaintiffs "do not oppose Defendant's motion to dismiss Plaintiffs' Fourth Cause of Action . . . and their Sixth Cause of Action . . . and stipulate that those two claims may be dismissed *without prejudice.*" (emphasis in orginal)[doc. #8].

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL