1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICK MAZETTI, *et al.*, | ) | Civil No. 07-CV-1134-L(WMC) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE** [doc. #16] |
| SAN DIEGO GAS & ELECTRIC, INC., | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion to dismiss this action without prejudice. **IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED: October 29, 2007

*M. James Lorenz*
M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv1134